## WAIVER OF THE SERVICE OF SUMMONS

*Mary Stone v. Mahoning County, et al.*
Mahoning County Court of Common Pleas, Case No. 2023-CV-00834

To Martin Desmond:

I have received your request to waive service of a summons in this action along with a copy of the Complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and Complaint in this case. I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from May 8, 2023, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment could be entered against me or the entity I represent.

Date: May 15, 2023


*/s/ Daniel T. Downey (0063753)*
(Signature of the attorney or unrepresented party)

Daniel T. Downey, counsel for Defendant Mahoning County
(Printed name)

Fishel Downey Albrecht & Riepenhoff, LLP
7775 Walton Pkwy., Ste. 200
New Albany, OH 43054
(address)

ddowney@fisheldowney.com
_____
(E-mail address)

614-221-1216
_____
(Telephone number)

## WAIVER OF THE SERVICE OF SUMMONS

*Mary Stone v. Mahoning County, et al.*
Mahoning County Court of Common Pleas, Case No. 2023-CV-00834

To Martin Desmond:

I have received your request to waive service of a summons in this action along with a copy of the Complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and Complaint in this case. I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from May 8, 2023, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment could be entered against me or the entity I represent.

Date: May 15, 2023


*/s/ Daniel T. Downey (0063753)*
(Signature of the attorney or unrepresented party)

Daniel T. Downey, counsel for Defendant William Cappabianca
(Printed name)

Fishel Downey Albrecht & Riepenhoff, LLP
7775 Walton Pkwy., Ste. 200
New Albany, OH 43054
(address)

ddowney@fisheldowney.com
_____
(E-mail address)

614-221-1216
_____
(Telephone number)

## WAIVER OF THE SERVICE OF SUMMONS

*Mary Stone v. Mahoning County, et al.*
Mahoning County Court of Common Pleas, Case No. 2023-CV-00834

To Martin Desmond:

I have received your request to waive service of a summons in this action along with a copy of the Complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and Complaint in this case. I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from May 8, 2023, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment could be entered against me or the entity I represent.

Date: May 15, 2023


*/s/ Daniel T. Downey (0063753)*
(Signature of the attorney or unrepresented party)

Daniel T. Downey, counsel for Defendant Joseph Hood
(Printed name)

Fishel Downey Albrecht & Riepenhoff, LLP
7775 Walton Pkwy., Ste. 200
New Albany, OH 43054
(address)

ddowney@fisheldowney.com
_____
(E-mail address)

614-221-1216
_____
(Telephone number)

**WAIVER OF THE SERVICE OF SUMMONS**

*Mary Stone v. Mahoning County, et al.*
Mahoning County Court of Common Pleas, Case No. 2023-CV-00834

To Martin Desmond:

I have received your request to waive service of a summons in this action along with a copy of the Complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and Complaint in this case. I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from May 8, 2023, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment could be entered against me or the entity I represent.

Date: May 15, 2023


*/s/ Daniel T. Downey (0063753)*
(Signature of the attorney or unrepresented party)

Daniel T. Downey, counsel for Defendant Kenneth Kountz
(Printed name)

Fishel Downey Albrecht & Riepenhoff, LLP
7775 Walton Pkwy., Ste. 200
New Albany, OH 43054
(address)

ddowney@fisheldowney.com
_____
(E-mail address)

614-221-1216
_____
(Telephone number)