IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | | |
|---|---|---|
| Mary Stone | ) | CASE NO. 4:23-cv-01138 |
| | ) | |
|    Plaintiff, | ) | |
| | ) | Judge John R. Adams |
| v. | ) | |
| | ) | |
| Mahoning County, *et al.* | ) | REPORT OF PARTIES' PLANNING |
| | ) | MEETING UNDER FED. R. CIV. |
|    Defendants. | ) | P. 26(f) AND LR 16.3(b)(3) |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b)(3), a meeting was held on <u>July 10, 2023</u> and <u>July 17, 2023</u> and was attended by:

   <u>Subodh Chandra and Martin Desmond</u> counsel for plaintiff <u>Mary Stone</u>.

   <u>Jennifer Meyer</u> and <u>Helen Sudhoff</u> counsel for defendants <u>Mahoning County, William Cappabianca, Kenneth Kountz, and Joseph Hood</u>.

2. The parties:

   \_\_\_\_\_ have not been required to make initial disclosures.

   \_\_X\_\_ have exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the Court's prior order.

3. The parties recommend the following track:

   \_\_\_\_\_ Expedited        \_\_X\_\_ Standard (with an increase to the number of depositions)

   \_\_\_\_\_ Administrative        \_\_\_\_\_ Complex

   \_\_\_\_\_ Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

   \_\_\_\_\_ Early Neutral Evaluation

    \_\_\_\_\_    Mediation

    \_\_\_\_\_    Arbitration

    \_\_\_\_\_    Summary Jury Trial

    \_\_\_\_\_    Summary Bench Trial

    \_\_\_\_\_    Case not suitable for ADR

5. The parties \_\_\_\_\_ do / __X__ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Recommended Discovery Plan:

    (a) Describe the subjects on which discovery is to be sought and the nature and extend of discovery.

    <u>The parties agree that discovery will be necessary on the claims and defenses in this case, including written discovery and Plaintiffs intend to take 25-35 depositions with the majority of the depositions being 1-2 hours long.</u>

    (b) Discovery cut-off date:    <u>Friday, December 22, 2023 [fact witnesses and evidence]</u>.

        <u>Friday, February 2, 2024 [initial liability expert reports]</u>.

        <u>Friday, March 1, 2024 [response liability expert reports]</u>.

        <u>Friday, March 15, 2024 [rebuttal liability expert reports]</u>.

7. Recommended dispositive motion date: <u>Friday, April 19, 2024.</u>

8. Recommended cut-off date for amending the pleadings and/or adding additional parties: <u>Friday, October 13, 2023</u>.

9. Recommended date for a Status Hearing: <u>The week of November 13, 2023.</u>

10. Other matters for the attention of the Court:

Plaintiff is waiting for a right-to-sue letter from the Ohio Civil Rights Commission and will amend the Complaint. The Commission has advised Plaintiff's counsel that the letter was mailed on June 29, but it has not yet been received by counsel.

On July 10, 2023, Plaintiff made a written demand with a description and monetary breakdown of the damages claimed to Defendants. Defendants responded to Plaintiff's demand. Plaintiff's position is that Defendants' response does not comply with the Court's Case Management Conference Scheduling Order, which requires that Defendants "shall have responded with an offer." (Doc. 4, PageID # 61). Defendants disagree.

Defendants do not oppose Plaintiff's motion to proceed pseudonymously and the parties request the motion be granted.

The parties anticipate seeking a stipulated protective order to protect the Plaintiff's identity and will prepare one for the Court's approval.

/s/ Subodh Chandra

Attorney for Plaintiff Mary Stone

/s/ Martin Desmond

Attorney for Plaintiff Mary Stone

/s/ Jennifer Meyer

Attorney for Defendants Mahoning County, William Cappabianca, Kenneth Kountz, and Joseph Hood

/s/ Helen Sudhoff

Attorney for Defendants Mahoning County, William Cappabianca, Kenneth Kountz, and Joseph Hood