IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Mary Stone**  *Plaintiff*, v. **Mahoning County, *et al*.**  *Defendants*. | Case No. 4:23-cv-01138  Judge John R. Adams  Magistrate Judge Carmen E. Henderson |
| **PLAINTIFF'S STATUS REPORT** ||

Plaintiff Mary Stone respectfully submits this Status Report in accordance with the Court's Case Management Plan (Doc. 9).

1. Discovery occurred during the reporting report:

    - On July 28, 2023, Plaintiff served subpoenas upon WFMJ and WKBN for news footage of Rondell Harris's sentencing hearing.

2. Settlement discussions occurred during the reporting report:

    - None.

3. Motions filed or pending during the reporting period:

    - None.

4. Any other development occurring during the reporting period:

    - On September 6, 2023, Plaintiff received the Notice of Right to Sue letter dated 8/24/2023 from the U.S. Equal Employment Opportunity Commission. Plaintiff previously received the Notice of Right to Sue letter dated 6/29/2023 from the Ohio Civil Rights Commission.

- Plaintiff is in the process of amending her Complaint and will be filing her First Amended Complaint no later than September 18, 2023.

- Defendants' Answer will be due 30 days after the filing of the Amended Complaint and should contain Defendants' promised corrections to their original Answer, as discussed at the Case Management Conference, which should sharpen the focus on what is in dispute and what discovery is necessary moving forward.

Dated: September 8, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Per consent* | */s/ Martin P. Desmond* |
| Subodh Chandra (0069233) | Martin P. Desmond (0077377) |
| Donald P. Screen (0044070) | Attorney at law |
| THE CHANDRA LAW FIRM LLC | P.O. Box 14052 |
| The Chandra Law Building | Youngstown, OH 44514 |
| 1265 West 6th Street, Suite 400 | 330.559.4505 (p) |
| Cleveland, Ohio 44113 | Mpmd4@hotmail.com |
| 216.578.1700 (p) / 216.578.1800 (f) | |
| Subodh.Chandra@ChandraLaw.com | *Attorneys for Plaintiff Mary Stone* |
| Donald.Screen@ChandraLaw.com | |