**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Mary Stone (Pseudonym), | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-1138 |
| v. | : | |
| | : | Judge John R. Adams |
| Mahoning County, *et al.* | : | Magistrate Judge Carmen E. Henderson |
| | : | |
| Defendants. | : | |

## DEFENDANTS' STATUS REPORT

Now comes the Defendants, Mahoning County, William Cappabianca, Kenneth Kountz, and Joseph Hood, by and through counsel, and hereby submit the following status report as of September 8, 2023 in accordance with the Court's Case Management Plan:

- Discovery occurred during the reporting report:

    o Defendants are awaiting Plaintiff's amended complaint and for that reason have not served written discovery or taken any depositions.

- Settlement discussions occurred during the reporting report:

    o None.

- Motions filed or pending during the reporting period:

    o None.

- Any other development occurring during the reporting period:

    o Defendants' received a copy of the right to sue letter issued to Plaintiff and are anticipating the filing of Plaintiff's amended complaint.

Respectfully Submitted,

s/ Helen K. Sudhoff
Daniel T. Downey (0063753)
Helen K. Sudhoff (0101259)
Jennifer M. Meyer (0077853)
Angelica M. Jarmusz (0092249)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, OH 43054
(614) 221-1216 – Telephone
(614) 221-8769 – Facsimile
ddowney@fisheldowney.com
hsudhoff@fisheldowney.com
jmeyer@fisheldowney.com
ajarmusz@fisheldowney.com
*Counsel for Defendants Mahoning County, William Cappabianca, Kenneth Kountz, and Joseph Hood*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **Defendants' Status Report** was served, via the Court's CM/ECF system, upon all counsel this 8th day of September, 2023.

                                        s/ Helen K. Sudhoff
                                        Helen K. Sudhoff (0101259)
                                        **FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
                                        *Counsel for Defendants Mahoning County, William Cappabianca, Kenneth Kountz, and Joseph Hood*