**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Mary Stone (Pseudonym), | : | |
| | : | |
| Plaintiff, | : | Case No. 4:23-cv-1138 |
| v. | : | |
| | : | Judge John R. Adams |
| Mahoning County, *et al.* | : | Magistrate Judge Carmen E. Henderson |
| | : | |
| Defendants. | : | |

## DEFENDANTS' SECOND STATUS REPORT

Now come the Defendants, Mahoning County, Ohio, William Cappabianca, Kenneth Kountz, and Joseph Hood, by and through counsel, and hereby submit the following status report as of October 24, 2023 in accordance with the Court's Case Management Plan:

- Discovery occurred during the reporting period:
    - No discovery has been formally conducted by either party during this reporting period. Defendants are preparing written discovery requests to send to Plaintiff.

- Settlement discussions occurred during the reporting period:
    - None.

- Motions filed or pending during the reporting period:
    - Plaintiff filed her Amended Complaint on September 18, 2023 and Defendants filed an Answer on October 9, 2023. No other motions or pleadings have been filed during this reporting period.

- Any other development occurring during the reporting period:
    - There are no additional developments of note.

1

Respectfully Submitted,

s/ Helen K. Sudhoff
Daniel T. Downey (0063753)
Helen K. Sudhoff (0101259)
Jennifer M. Meyer (0077853)
Angelica M. Jarmusz (0092249)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, OH 43054
(614) 221-1216 – Telephone
(614) 221-8769 – Facsimile
ddowney@fisheldowney.com
hsudhoff@fisheldowney.com
jmeyer@fisheldowney.com
ajarmusz@fisheldowney.com
*Counsel for Defendants Mahoning County, William Cappabianca, Kenneth Kountz, and Joseph Hood*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **Defendants' Second Status Report** was served, via the Court's CM/ECF system, upon all counsel this 24th day of October, 2023.

s/ Helen K. Sudhoff
Helen K. Sudhoff (0101259)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
*Counsel for Defendants Mahoning County, William Cappabianca, Kenneth Kountz, and Joseph Hood*
