IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| **Mary Stone** | Case No. 4:23-cv-01138 |
|---|---|
| *Plaintiff*, | Judge John R. Adams |
| v. | Magistrate Judge Carmen E. Henderson |
| **Mahoning County,** *et al.* | |
| *Defendants.* | |
| **PLAINTIFF'S STATUS REPORT** ||

Plaintiff Mary Stone respectfully submits this Status Report in accordance with the Court's Case Management Plan (Doc. 9).

1. Discovery occurred during the reporting report:

    - On July 31, 2023, Plaintiff served subpoenas upon WFMJ and WKBN for news footage of Rondell Harris's sentencing hearing. Plaintiff received the requested footage from WKBN on August 7, 2023, and from WFMJ on August 14, 2023.

    - Plaintiff is finalizing written discovery requests based on Defendant's Answer to Plaintiff's First Amended Complaint. Plaintiff anticipates propounding the requests upon Defendants as early as Friday, October 27, 2023, but not later than Tuesday, October 31, 2023.

2. Settlement discussions occurred during the reporting report:

    - None.

3. Motions filed or pending during the reporting period:

    - None.

4. Any other development occurring during the reporting period:

- On September 18, 2023, Plaintiff filed her First Amended Complaint with Jury Demand. (Doc. 15).

- On October 9, 2023, Defendants filed Defendants' Answer to Plaintiff's First Amended Complaint. (Doc. 18).

Dated: October 24, 2023

Respectfully submitted,

/s/ *Subodh Chandra*
Subodh Chandra (0069233)
Donald P. Screen (0044070)
THE CHANDRA LAW FIRM LLC
The Chandra Law Building
1265 West 6th Street, Suite 400
Cleveland, Ohio 44113
216.578.1700 (p) / 216.578.1800 (f)
Subodh.Chandra@ChandraLaw.com
Donald.Screen@ChandraLaw.com

/s/ *Per Consent*
Martin P. Desmond (0077377)
Attorney at law
P.O. Box 14052
Youngstown, OH 44514
330.559.4505 (p)
Mpmd4@hotmail.com

*Attorneys for Plaintiff Mary Stone*