IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| **Mary Stone** | Case No. 4:23-cv-01138 |
|---|---|
| *Plaintiff*, | Judge John R. Adams |
| v. | Magistrate Judge Carmen E. Henderson |
| **Mahoning County,** *et al.* | |
| *Defendants.* | |
| **PLAINTIFF'S STATUS REPORT** ||

Plaintiff Mary Stone respectfully submits this Status Report in accordance with the Court's Case Management Plan (Doc. 9).

1. Discovery occurred during the reporting report:

    - On October 31, 2023, Plaintiff served *Plaintiff Mary Stone's First Set of Requests for Admissions Directed to Defendant Mahoning County, Defendant William Cappabianca, Defendant Joseph Hood, and Defendant Kenneth Kountz*. Plaintiff agreed to Defendants' request to extend the due date from November 30, 2023, to December 14, 2023.

    - On November 9, 2023, Defendants served *Defendants' First Set of Requests for Admissions, Interrogatories, and Request for Production of Documents to Plaintiff*. Defendants agreed to Plaintiff's request to extend the due date from December 11, 2023, to December 29, 2023.

    - On December 7, 2023, Plaintiff served *Plaintiff Mary Stone's First Set of Requests for Production of Documents Directed to Defendant Mahoning County* and *Plaintiff Mary Stone's First Set of Interrogatories Directed to Defendant Mahoning County*.

2. Settlement discussions occurred during the reporting report:

    - None.

3. Motions filed or pending during the reporting period:

    - None.

4. Any other development occurring during the reporting period:

    - None.

Dated: December 8, 2023

Respectfully submitted,

| | |
|---|---|
| */s/ Subodh Chandra* | */s/ Martin P. Desmond* |
| Subodh Chandra (0069233) | Martin P. Desmond (0077377) |
| Donald P. Screen (0044070) | Attorney at law |
| THE CHANDRA LAW FIRM LLC | P.O. Box 14052 |
| The Chandra Law Building | Youngstown, OH 44514 |
| 1265 West 6th Street, Suite 400 | 330.559.4505 (p) |
| Cleveland, Ohio 44113 | Mpmd4@hotmail.com |
| 216.578.1700 (p) / 216.578.1800 (f) | |
| Subodh.Chandra@ChandraLaw.com | *Attorneys for Plaintiff Mary Stone* |
| Donald.Screen@ChandraLaw.com | |