Motion Granted.
/s/ John R. Adams
U.S. District Judge
December 14, 2023

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Mary Stone (Pseudonym), | : | |
| Plaintiff, | : : | Case No. 4:23-cv-1138 |
| v. | : : | Judge John R. Adams |
| Mahoning County, *et al.* | : : | Magistrate Judge Carmen E. Henderson |
| Defendants. | : : | |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.9, attorney Jennifer M. Meyer, counsel for Defendants Mahoning County, William Cappabianca, Kenneth Kountz, and Joseph Hood, moves this Court for leave to withdraw as counsel for the above Defendants. Notice has been given to Defendants, and notice to all other parties will be given by service of this motion. Attorney Daniel T. Downey will remain as trial counsel of record for Defendants Mahoning County, William Cappabianca, Kenneth Kountz, and Joseph Hood.

Respectfully Submitted,

s/ Jennifer M. Meyer
Daniel T. Downey (0063753)
Helen K. Sudhoff (0101259)
Jennifer M. Meyer (0077853)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP**
7775 Walton Parkway, Suite 200
New Albany, OH 43054
(614) 221-1216 – Telephone
(614) 221-8769 – Facsimile
ddowney@fisheldowney.com
hsudhoff@fisheldowney.com
jmeyer@fisheldowney.com
*Counsel for Defendants Mahoning County, William Cappabianca, Kenneth Kountz, and Joseph Hood*